# GREENWALD·DOHERTY
**Attorneys at Law**

30 Ramland Road, Suite 201 Orangeburg, New York 10962    TEL: 845.589.9300    FAX: 845.638.2707

January 22, 2024

**Application GRANTED.  The initial pretrial conference scheduled for February 7, 2024, is adjourned to March 13, 2024, at 4:20 P.M.  The parties shall file the materials described in the Order at Dkt. 6 by March 6, 2024.**

**Dated: January 23, 2024**
**New York, New York**

**Via ECF**
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:    TUCKER v. BOND VETERINARY, INC.
       1:23-cv-10882-LGS
       *Letter Motion for Adjournment of Initial Pretrial Conference*

Dear Judge Schofield:

This firm represents Defendant Bond Veterinary, Inc. ("Defendant") in the above action. We write respectfully on behalf of all parties to request a 30-day adjournment of the Initial Pretrial Conference scheduled for February 7, 2024 (ECF. No. 6) and all related submission deadlines.

Defendant's deadline to respond to the Complaint is March 11, 2024. The parties are currently engaged in active settlement negotiations, and anticipate a satisfactory resolution in the near future.  To that end, we ask the Court's leave to continue focusing efforts on settlement, rather than taking up the Court's valuable time and resources on the commencement of discovery. This is Defendant's first request for an adjournment, and it is on consent of Plaintiff's counsel.

We thank Your Honor for the attention to and consideration of this request.

Respectfully,

/s/ Brooke A. Schneider

Brooke Schneider, Esq.

cc:  All counsel of record via ECF